UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARAH STANDLEY,

          Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA; and UNUM GROUP CORP.,

          Defendants.

C23-1750 TSZ

ORDER

Counsel having telephonically advised the Court that this matter has been resolved and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The bench trial date of January 13, 2025, is STRICKEN.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 27th day of September, 2024.

                                         /s/ Thomas S. Zilly
                                         Thomas S. Zilly
                                         United States District Judge

ORDER - 1